**Gervais DIONNE, Appellant,**

v.

**Dennis C. LIOTTA, Raymond F. Schinazi, and Woo–Baeg Choi, Appellees.**

No. 02–1108.

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).